**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ABDERRAOUF BOUKARDOUGHA,

    Plaintiff,

v.                                                     Case No.: 6:22-cv-1207-WWB-EJK

PARKER RESTAURANT GROUP LLC,

    Defendant.

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal (Doc. 24), filed June 8, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 9, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record